RECEIVED
IN MONROE, LA

DEC 0 7 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ELIZABETH M. RICE | CIVIL ACTION NO. 06-0589 |
| VERSUS | JUDGE ROBERT G. JAMES |
| UNITED STATES COMMISSIONER SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 6], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

MONROE, LOUISIANA, this 7 day of December, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE